UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 18-3010 (TNM) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 1, 2019, Order, the parties respectfully file this Joint Status Report to apprise the Court of their progress toward resolving this FOIA case, in which Plaintiff has requested records from the U.S. Department of Health and Human Services and the Centers for Medicare and Medicaid Services ("CMS").

1. Plaintiff seeks records reflecting communications between CMS employees and private individuals and records regarding a proposed rule regarding Medicaid payment rules related to independent home care providers.

2. CMS has completed its search and has located approximately 4,341 pages of potentially responsive records. These records include communications with other federal agencies, including the Department of Justice. CMS will need to consult with these agencies regarding their equities with respect to this information before making its final determination whether to release information to Plaintiff.

3. CMS is currently processing all potentially responsive documents for potential release to Plaintiff, and currently estimates that it will complete processing and release any non-exempt, responsive records to Plaintiff by approximately 120 days from the date of this joint

status report.  This timeframe includes any consultation efforts regarding responsive records pertaining to other federal agencies.

      4.      CMS intends to make its first interim production of records to Plaintiff on or about April 17, 2019.  The Parties will confer regarding a monthly production schedule moving forward.

      5.      CMS does not believe an *Open America* stay is needed in this case.

      6.      As CMS makes productions of all responsive non-exempt information to Plaintiff, the parties will consult to amicably resolve any issues regarding CMS's withholdings.  This consultation will include whether a *Vaughn* index is necessary to resolve any issues.

The parties suggest that they another Joint Status Report in 60 days, *i.e.*, by May 12, 2019.  A proposed order is attached.

Respectfully submitted,

*/s/ Hart W. Wood*
Hart W. Wood
D.C. Bar No. 1034361
Cerissa Cafasso
D.C. Bar No. 1011003

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1743
hart.wood@americanoversight.org
cerissa.cafasso@americanoversight.org

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:     /s/   *Christopher Hair*

CHRISTOPHER HAIR, Pa. Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendants*

3