UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 18-3010 (TNM) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's May 14, 2019, Order, the parties respectfully file this Joint Status Report to apprise the Court of their progress toward resolving this FOIA case, in which Plaintiff has requested records from the U.S. Department of Health and Human Services and the Centers for Medicare and Medicaid Services ("CMS").

1. Plaintiff seeks records reflecting communications between CMS employees and private individuals and records regarding a proposed rule regarding Medicaid payment rules related to independent home care providers.

2. The initial search conducted by CMS located approximately 4,341 pages of potentially responsive records. These records include communications with other federal agencies, including the Department of Justice. CMS will need to consult with these agencies regarding their equities with respect to this information before making its final determination whether to release information to Plaintiff.

3. CMS is currently processing potentially responsive documents from this search for potential release to Plaintiff. CMS stated in the parties Joint Status Report filed March 12,

2019, that it estimated that it will complete processing and release any non-exempt, responsive records to Plaintiff by approximately 120 days from the date of that report (*i.e.*, by July 12, 2019).

4.  As described in the parties' May 13, 2019 status report (ECF No. 13), CMS later identified the need to conduct additional automated searches to supplement its initial searches. CMS has completed these additional automated searches, which have returned approximately 2,500 potentially responsive files. CMS is still calculating the volume of results returned in this search in terms of pages.

5.  CMS believes that narrowing of the keywords used in its automated searches may be necessary, and plans to engage in discussions with Plaintiff regarding the automated search results and a specific proposal for narrowing the scope of the request.

6.  CMS made its first interim production of records to Plaintiff on April 16, 2019. For its first interim release, CMS processed 1,951 pages of records. CMS made a second interim production of records on June 11, 2019, where CMS processed 1,750 pages of records.

The parties suggest that they file another Joint Status Report by July 24, 2019, to further update the Court on CMS's progress responding to Plaintiff's request for records. A proposed order is attached.

Respectfully submitted,

*/s/ Hart W. Wood*
Hart W. Wood
D.C. Bar No. 1034361
Cerissa Cafasso
D.C. Bar No. 1011003

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1743
hart.wood@americanoversight.org
cerissa.cafasso@americanoversight.org

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:   /s/   *Christopher Hair*

CHRISTOPHER HAIR, Pa. Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 18-3010 (TNM) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## PROPOSED ORDER

Based on the Parties' joint status report updating the Court on their progress in this FOIA matter, it is hereby **ORDERED** that the Parties will file another joint status report by July 24, 2019, further updating the Court on their progress.

_____                                    _____
Date                                                                             UNITED STATES DISTRICT JUDGE