UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Civil Action No. 18-3010 (TNM) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 24, 2019, Order, the parties respectfully file this Joint Status Report to apprise the Court of their progress toward resolving this FOIA case, in which Plaintiff has requested records from the U.S. Department of Health and Human Services ("HHS") and the Centers for Medicare and Medicaid Services ("CMS").

1. Plaintiff seeks records reflecting communications between CMS employees and private individuals and records regarding a proposed rule regarding Medicaid payment rules related to independent home care providers.

2. The initial search conducted by CMS located approximately 4,341 pages of potentially responsive records. CMS stated in the parties Joint Status Report filed March 12, 2019, that it estimated that it will complete processing and release any non-exempt, responsive records to Plaintiff by approximately 120 days from the date of that report (*i.e.*, by July 12, 2019). CMS completed its processing of records captured in its initial search by July 12, 2019, except for five potentially responsive pages requiring consultation with a separate office within HHS. This consultation is now complete, and CMS plans to make a supplemental production

consisting of these pages.

3.      CMS made its first interim production of records to Plaintiff on April 16, 2019. For its first interim release, CMS processed 1,951 pages of records. CMS made a second interim production of records on June 11, 2019, where CMS processed 1,750 pages of records. CMS made a third interim production of records on July 12, 2019, where CMS processed 626 pages of records.

4.      As noted in the parties' latest status report (ECF No. 14), CMS later identified the need to conduct additional automated searches to supplement its initial searches. CMS has completed these additional automated searches, which have returned approximately 10,100 potentially responsive pages.

5.      The parties have agreed that, with respect to the potentially responsive results returned in the supplemental automated search, CMS will process email messages but will skip over email attachments, and that Plaintiff may identify specific email attachments for processing at a later date. CMS plans to engage in discussions with Plaintiff regarding the exclusion of particular document types from the search results, such as news clips or marketing emails.

6.      CMS plans to make its next interim production on or before September 13, 2019, for which is anticipates processing at least 1,000 pages of potentially responsive records captured in its supplemental automated search, excluding email attachments.

The parties suggest that they file another Joint Status Report by September 20, 2019, to further update the Court on CMS's progress responding to Plaintiff's request for records. A proposed order is attached.

Case 1:18-cv-03010-TNM   Document 15   Filed 07/24/19   Page 3 of 4

Respectfully submitted,

*/s/ Hart W. Wood*
Hart W. Wood
D.C. Bar No. 1034361
Cerissa Cafasso
D.C. Bar No. 1011003

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1743
hart.wood@americanoversight.org
cerissa.cafasso@americanoversight.org

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:   /s/   *Christopher C. Hair*

CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendants*

3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 18-3010 (TNM) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## PROPOSED ORDER

Based on the Parties' joint status report updating the Court on their progress in this FOIA matter, it is hereby **ORDERED** that the Parties will file another joint status report by September 20, 2019, further updating the Court on their progress.

_____  _____
Date                                                                         UNITED STATES DISTRICT JUDGE