UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>    Defendants. | Civil Action No. 18-3010 (TNM) |

**JOINT STATUS REPORT**

Pursuant to the Court's July 24, 2019, Order, the parties respectfully file this Joint Status Report to apprise the Court of their progress toward resolving this FOIA case, in which Plaintiff has requested records from the U.S. Department of Health and Human Services ("HHS") and the Centers for Medicare and Medicaid Services ("CMS").

1.　Plaintiff seeks records reflecting communications between certain CMS employees and private individuals and records reflecting communications involving certain CMS employees that contain various terms, including terms that relate to Medicaid reassignment and diversion, related rulemaking, and home care providers.

2.　The initial search conducted by CMS located approximately 4,341 pages of potentially responsive records. CMS stated in the parties Joint Status Report filed March 12, 2019, that it estimated that it will complete processing and release any non-exempt, responsive records to Plaintiff by approximately 120 days from the date of that report (*i.e.*, by July 12, 2019). CMS completed its processing of records captured in its initial search by July 12, 2019, except for five potentially responsive pages requiring consultation with a separate office within

HHS.  This consultation is now complete, and CMS made a supplemental production consisting of these pages on July 24, 2019.

3.     CMS made its first interim production of records to Plaintiff on April 16, 2019. For its first interim release, CMS processed 1,951 pages of records.  CMS made a second interim production of records on June 11, 2019, where CMS processed 1,750 pages of records.  CMS made a third interim production of records on July 12, 2019, where CMS processed 626 pages of records.

4.     As previously noted in the parties' status reports, CMS later identified the need to conduct additional automated searches to supplement its initial searches.  CMS has completed these additional automated searches, which have returned approximately 10,100 potentially responsive pages (including attachments).

5.     As noted in the parties' last status report (ECF No. 15), the parties have agreed that, with respect to the potentially responsive results returned in the supplemental automated search, CMS will process email messages but will skip over email attachments, and that Plaintiff may identify specific email attachments for processing at a later date.  CMS plans to engage in discussions with Plaintiff regarding the exclusion of particular document types from the search results, such as news clips or marketing emails.  The parties have agreed that CMS may exclude news clips that come directly from the publisher.

6.     Although CMS had anticipated making an interim production on or before September 13, 2019 of at least 1,000 processed pages of records located through the agency's supplemental search, CMS has experienced several delays with respect to this production.  The HHS counsel initially assigned to the FOIA request left the agency and new HHS counsel has recently been assigned.  Accordingly, newly assigned HHS counsel requires a reasonable amount

of time to review the voluminous documents that have been identified as potentially responsive to the FOIA request. Also, during its processing efforts, CMS has determined that approximately 100 pages of these records require consultation with outside Federal entities, which will need time to review their equites and provide HHS with any requested withholdings.

7. CMS currently anticipates that it will make its next interim production on or before October 15, 2019. CMS also anticipates that it will process and review at least 1,000 pages of potentially responsive records captured in its supplemental automated search for the next production.

The parties suggest that they file another Joint Status Report by October 21, 2019, to further update the Court on CMS's progress responding to Plaintiff's request for records. A proposed order is attached.

Dated September 20, 2019         Respectfully submitted,

                                 /s/ Hart W. Wood
                                 Hart W. Wood
                                 D.C. Bar No. 1034361
                                 Cerissa Cafasso
                                 D.C. Bar No. 1011003

                                 AMERICAN OVERSIGHT
                                 1030 15th Street NW, B255
                                 Washington, DC 20005
                                 (202) 873-1743
                                 hart.wood@americanoversight.org
                                 cerissa.cafasso@americanoversight.org

                                 *Counsel for Plaintiff*

                                 JESSIE K. LIU, D.C. Bar. No. 472845
                                 United States Attorney

                                 DANIEL F. VAN HORN, D.C. Bar No. 924092
                                 Chief, Civil Division

By: /s/ *Christopher C. Hair*
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendants*