UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 18-3010 (TNM) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's October 21, 2019, Order, the parties respectfully file this Joint Status Report to apprise the Court of their progress toward resolving this FOIA case, in which Plaintiff has requested records from the U.S. Department of Health and Human Services ("HHS") and the Centers for Medicare & Medicaid Services ("CMS").

1. Plaintiff seeks records reflecting communications between certain CMS employees and private individuals and records reflecting communications involving certain CMS employees that contain various terms, including terms that relate to Medicaid reassignment and diversion, related rulemaking, and home care providers.

2. The initial search conducted by CMS located approximately 4,341 pages of potentially responsive records. CMS stated in the parties' Joint Status Report filed March 12, 2019 that it estimated that it would complete processing and release any non-exempt, responsive records to Plaintiff by approximately 120 days from the date of that report (*i.e.*, by July 12, 2019). As noted in the parties' prior joint status reports, CMS later identified the need to conduct additional automated searches to supplement its initial searches. CMS has completed

these additional automated searches, which identified approximately 10,100 potentially responsive pages (including attachments).

   3. CMS made its first interim production of records to Plaintiff on April 16, 2019. For its first interim release, CMS processed 1,951 pages of records. CMS made a second interim production of records on June 11, 2019, where CMS processed 1,750 pages of records. CMS made a third interim production of records on July 12, 2019, where CMS processed 626 pages of records. CMS completed its processing of records captured in its initial search by July 12, 2019, except for five potentially responsive pages requiring consultation with a separate office within HHS. After completing that consultation, CMS made a supplemental production consisting of these pages on July 24, 2019. CMS made a fourth interim production of records on October 15, 2019, where CMS processed 539 pages of records. CMS made a fifth interim production of records on November 22, 2019, where CMS processed 816 pages of records.

   4. As noted in the parties' last joint status report (ECF No. 17), the parties have agreed that, with respect to the potentially responsive results returned in the supplemental automated search, CMS will process email messages but not email attachments, and that Plaintiff may identify specific email attachments for processing at a later date. CMS plans to engage in discussions with Plaintiff regarding the exclusion of particular document types from the search results, such as news clips or marketing emails. For example, the parties have already agreed that CMS may exclude news clips that come directly from the publisher.

   5. CMS currently anticipates that it will make its next interim production by January 10, 2020. CMS anticipates that it will process and review the remaining pages of potentially responsive records captured in its supplemental automated search for the next production by January 20, 2020. This will be a final production, assuming that the requester does not seek

attachments or marketing emails of the sort that have been to date excluded. The requester will advise CMS's counsel by March 10, 2020 whether it wishes to have CMS produce any attachments and marketing emails and identifying the specific Bates stamp page numbers in which the relevant attachments and/or marketing emails are referenced.

The parties suggest that they file another Joint Status Report by February 21, 2020, to further update the Court on the status of CMS's response to Plaintiff's request for records. A proposed order is attached.

Dated December 5, 2019          Respectfully submitted,

*/s/ Hart W. Wood*
Hart W. Wood
D.C. Bar No. 1034361
Cerissa Cafasso
D.C. Bar No. 1011003

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1743
hart.wood@americanoversight.org
cerissa.cafasso@americanoversight.org

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:     /s/   Christopher C. Hair

CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 18-3010 (TNM) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## PROPOSED ORDER

Based on the Parties' joint status report updating the Court on their progress in this FOIA matter, it is hereby **ORDERED** that the Parties will file another joint status report by February 21, 2020, further updating the Court on their progress.

_____  _____
Date                                                                     UNITED STATES DISTRICT JUDGE