UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 18-3010 (TNM) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated February 4, 2020, the parties respectfully file this Joint Status Report to apprise the Court of their progress toward resolving this FOIA case, in which Plaintiff has requested records from the U.S. Department of Health and Human Services ("HHS") and the Centers for Medicare & Medicaid Services ("CMS").

1. Plaintiff seeks records reflecting communications between certain CMS employees and private individuals and records reflecting communications involving certain CMS employees that contain various terms, including terms that relate to Medicaid reassignment and diversion, related rulemaking, and home care providers.

2. The initial search conducted by CMS located approximately 4,341 pages of potentially responsive records. CMS stated in the parties' Joint Status Report filed March 12, 2019 that it estimated that it would complete processing and release any non-exempt, responsive records to Plaintiff by approximately 120 days from the date of that report (*i.e.*, by July 12, 2019). As noted in the parties' prior joint status reports, CMS later identified the need to conduct additional automated searches to supplement its initial searches. CMS has completed

these additional automated searches, which identified approximately 10,100 potentially responsive pages (including attachments).

3. CMS made its first interim production of records to Plaintiff on April 16, 2019. For its first interim release, CMS processed 1,951 pages of records. CMS made a second interim production of records on June 11, 2019, where CMS processed 1,750 pages of records. CMS made a third interim production of records on July 12, 2019, where CMS processed 626 pages of records. CMS completed its processing of records captured in its initial search by July 12, 2019, except for five potentially responsive pages requiring consultation with a separate office within HHS. After completing that consultation, CMS made a supplemental production consisting of these pages on July 24, 2019. CMS made a fourth interim production of records on October 15, 2019, where CMS processed 539 pages of records. CMS made a fifth interim production of records on November 22, 2019, where CMS processed 816 pages of records.

4. As anticipated in the parties' last status report (*see* ECF No. 20), CMS has completed its review of the remaining pages of potentially responsive records captured in its supplemental automated search. In a letter dated January 10, 2020, CMS informed Plaintiff that the remaining pages were not responsive to Plaintiff's request.

5. The parties intend to confer regarding any issues identified by Plaintiff regarding CMS's response to Plaintiff's FOIA request. On or around March 4, 2020, Plaintiff requested that CMS's counsel send it a list of attachments (to documents previously processed by Defendants). The parties are currently conferring regarding Plaintiff's request for those attachments and hope to reach agreement on them in the coming days.

6. In light of the above, and to enable the parties to complete their discussions while contending with their other deadlines and the disruption caused by the COVID-19 (Coronavirus)

pandemic, the parties propose that they file another Joint Status Report by May 26, 2020, to further update the Court on the status of Plaintiff's request for attachments and CMS's response to the same. A proposed order is attached.

Dated March 31, 2020　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Hart W. Wood*
　　　　　　　　　　　　　　　　　　Hart W. Wood
　　　　　　　　　　　　　　　　　　D.C. Bar No. 1034361
　　　　　　　　　　　　　　　　　　Cerissa Cafasso
　　　　　　　　　　　　　　　　　　D.C. Bar No. 1011003

　　　　　　　　　　　　　　　　　　AMERICAN OVERSIGHT
　　　　　　　　　　　　　　　　　　1030 15th Street NW, B255
　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　(202) 873-1743
　　　　　　　　　　　　　　　　　　hart.wood@americanoversight.org
　　　　　　　　　　　　　　　　　　cerissa.cafasso@americanoversight.org

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　TIMOTHY J. SHEA, D.C. Bar. No. 437437
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　DANIEL F. VAN HORN, D.C. Bar No. 924092
　　　　　　　　　　　　　　　　　　Chief, Civil Division

　　　　　　　　By:　　/s/   Christopher C. Hair

　　　　　　　　　　　　　　　　　　CHRISTOPHER C. HAIR, PA Bar No. 306656
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　(202) 252-2541
　　　　　　　　　　　　　　　　　　christopher.hair@usdoj.gov

　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 18-3010 (TNM) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## PROPOSED ORDER

Based on the Parties' joint status report updating the Court on their progress in this FOIA matter, it is hereby **ORDERED** that the Parties will file another joint status report by May 26, 2020, further updating the Court on their progress.

_____    _____
Date                                                      UNITED STATES DISTRICT JUDGE