UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>    Defendants. | Civil Action No. 18-3010 (TNM) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated May 26, 2020, the parties respectfully file this Joint Status Report to apprise the Court of their progress toward resolving this FOIA case, in which Plaintiff has requested records from the U.S. Department of Health and Human Services ("HHS") and the Centers for Medicare & Medicaid Services ("CMS").

    1.    Plaintiff seeks records reflecting communications between certain CMS employees and private individuals and records reflecting communications involving certain CMS employees that contain various terms, including terms that relate to Medicaid reassignment and diversion, related rulemaking, and home care providers.

    2.    On April 15, 2020, CMS completed its final release of records to Plaintiff through a supplemental production of specifically requested attachments to previously-released records. CMS believes that it has completed its processing of records for Plaintiff's FOIA request.

    3.    The parties intend to confer regarding any issues identified by Plaintiff regarding CMS's response to Plaintiff's FOIA request and work in good faith to resolve any outstanding questions.

4. The parties propose that they file another Joint Status Report by September 28, 2020, to further update the Court on the status of the parties' efforts to bring this matter towards an amicable resolution. A proposed order is attached.

Dated July 27, 2020                      Respectfully submitted,

/s/ Hart W. Wood
Hart W. Wood
D.C. Bar No. 1034361

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1743
hart.wood@americanoversight.org

*Counsel for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:   /s/   Christopher C. Hair
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendants*